# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

SHEILA BIDAR AS LEGAL GUARDIAN OF RUTH ATHILL, individually and on behalf of all others similarly situated.

*Plaintiff*

v.

ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, SELECT PORTFOLIO SERVICING, INC., and HINSHAW & CULBERTSON, LLP.

*Defendants.*

Case No. 25cv01828-MKB-JAM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hinshaw & Culbertson, LLP

Date: August 4, 2025

*Attorney's signature*

Marian C. Rice
*Printed name and bar number*

L'Abbate, Balkan, Colavita & Contini, L.L.P.
3 Huntington Quadrangle, Suite 102S
Melville, New York  11747
*Address*

mrice@lbcclaw.com
*E-mail address*

(516) 837-7415
*Telephone number*

(516) 294-8202
*FAX number*