

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

James D. Spithogiannis
Partner
jspithogiannis@lbcclaw.com

Direct Dial: (516) 837-7464

September 29, 2025

**VIA E-MAIL**
Mark S. Anderson, Esq.
(manderson@abwpllc.com)
Matthew J. Routh, Esq.
(mrouth@abwpllc.com)
Charles Wallshein, Esq.
(cwallshein@abwpllc.com)
Kimberly G. Wroblewski, Esq.
(kwroblewski@abwpllc.com)
Anderson, Bowman Wallshein PLLC

    Re:    *Sheila Bidar as Legal Guardian of Ruth Athill, individually and on behalf of all others similarly situated v. Ekert, Seamans, Cherin and Mellott, LLC, et al.*
            Case No. 1:25-cv-01828-MKB-SDE

Dear Counsel:

    We represent Defendant Hinshaw & Culbertson LLP ("Hinshaw") in the above-captioned action. On August 15, 2025, in accordance with the stipulated briefing schedule (Dkt. No. 45) ordered by the Court on June 24, 2025, we timely served you, by e-mail, with the following papers in support of Hinshaw's motion, under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the First Amended Complaint:

- Notice of Hinshaw's Motion to Dismiss the First Amended Complaint;
- Declaration of Marian C. Rice in Support of Hinshaw's Motion to Dismiss the First Amended Complaint, and Exhibits 1 through 22 annexed thereto; and
- Memorandum of Law in Support of Hinshaw's Motion to Dismiss the First Amended Complaint.

    We inadvertently did not send you this cover letter when we served our papers, as required under Rule 3.D. of the Individual Practices and Rules of Judge Margo K. Brodie.  We apologize for any inconvenience.

                                       Very truly yours,

                                       *James Spithogiannis*

JDS/aml                                        James D. Spithogiannis
cc: All Counsel of Record (via e-mail)

